# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161760-78(122)


DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

RIVERVIEW-TRENTON RAILROAD
COMPANY and CENTRAL TRANSPORT,
LLC,
          Defendants-Appellants,
and

CITY OF DETROIT, DOME PIPELINE
CORPORATION, DTE ELECTRIC COMPANY,
EES COKE BATTERY, LLC, ECONOMIC
DEVELOPMENT CORPORATION OF
THE CITY OF DETROIT, EDW C. LEVY CO.,
HONEYWELL INTERNATIONAL, INC.,
INTERNATIONAL TRANSMISSION COMPANY,
J.P. MORGAN CHASE BANK, NA, S&L
DEVELOPMENT CO., and UNITED STATES
STEEL CORP.,
          Defendants.

_____

SC: 161760
COA: 345708
Wayne CC: 17-000536-CC


DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

CITY OF DETROIT and DEPARTMENT OF
NATURAL RESOURCES,
          Defendants.

_____

SC: 161761
COA: 346105
Wayne CC: 17-000530-CC

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
      Defendant-Appellant,
and

CITY OF DETROIT,
      Defendant.

SC: 161762
COA: 346106
Wayne CC: 17-000531-CC

_____

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

DIBDETROIT, LLC,
      Defendant-Appellant,
and

CITY OF DETROIT,
      Defendant.

SC: 161763
COA: 346107
Wayne CC: 17-000533-CC

_____

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

DIBDETROIT, LLC,
      Defendant-Appellant,
and

DEPARTMENT OF NATURAL RESOURCES,
      Defendant.

SC: 161764
COA: 346108
Wayne CC: 17-000534-CC

_____

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

SC: 161765
COA: 346109

Wayne CC: 17-000537-CC

DETROIT INTERNATIONAL BRIDGE
COMPANY,
          Defendant-Appellant,
and

CITY OF DETROIT and DEPARTMENT
OF NATURAL RESOURCES,
          Defendants.
_____

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

WAYNE SCRAP IRON & METAL COMPANY
and CITY OF DETROIT,
          Defendants.
_____

SC: 161766
COA: 346110
Wayne CC: 17-000538-CC

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

DIBDETROIT, LLC,
          Defendant-Appellant,
and

CITY OF DETROIT, BENJAMIN ZUCKER or
His Unknown Heirs, Devisees, Legatees and
Assigns, and ROSE ZUCKER or Her Unknown
Heirs, Devisees, Legatees and Assigns,
          Defendants.
_____

SC: 161767
COA: 346111
Wayne CC: 17-000539-CC

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

ARCOLA CLARK or Her Unknown Heirs, Devisees, Legatees and Assigns, GWENDOLYN MARIE SMITH or Her Unknown Heirs, Devisees, Legatees and Assigns, and CITY OF DETROIT,
          Defendants.

SC: 161768
COA: 346112
Wayne CC: 17-000540-CC

_____

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

CITY OF DETROIT,
          Defendant.

SC: 161769
COA: 346113
Wayne CC: 17-000541-CC

_____

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,
and

CITY OF DETROIT, DTE ELECTRIC COMPANY, EXPRESS SERVICE ENTERPRISES, INC., FLAGSTAR BANCORP, INC., THOMAS MCALLEN or His Unknown Heirs, Devisees, Legatees and Assigns, AILEEN MCALLEN or Her Unknown Heirs, Devisees, Legatees and Assigns, BUSINESS

SC: 161770
COA: 346114
Wayne CC: 17-000542-CC

LOAN CENTER, LLC, UNITED STATES OF
AMERICA DEPARTMENT OF TREASURY/
INTERNAL REVENUE SERVICE, and
AFT INVESTMENTS, LLC,
          Defendants.

_____

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

DIBDETROIT, LLC,
          Defendant-Appellant,
and

MORTON INDUSTRIAL GROUP, INC., as
Successor in Interest to MCLOUTH STEEL
CORPORATION, DEPARTMENT OF NATURAL
RESOURCES, and CITY OF DETROIT,
          Defendants.

SC: 161771
COA: 346115
Wayne CC: 17-000544-CC

_____

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

DIBDETROIT, LLC,
          Defendant-Appellant,
and

IRENE GARZA and CITY OF DETROIT,
          Defendants.

SC: 161772
COA: 346116
Wayne CC: 17-000545-CC

_____

DEPARTMENT OF TRANSPORTATION,
          Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
          Defendant-Appellant,

SC: 161773
COA: 346117
Wayne CC: 17-000546-CC

and

DEPARTMENT OF NATURAL RESOURCES
and CITY OF DETROIT,
        Defendants.
_____

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
        Defendant-Appellant,
and

CURTIS PENICK and CITY OF DETROIT,
        Defendants.
_____

SC: 161774
COA: 346118
Wayne CC: 17-000547-CC

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v

CROWN ENTERPRISES, INC.,
        Defendant-Appellant,
and

RYE GENTRY TRUCKING, INC., CAROL A.
GENTRY TRUST DATED 11/8/2000 As it May
be Amended, and CAROL A. GENTRY,
Individually and as Trustee,
        Defendants.
_____

SC: 161775
COA: 346119
Wayne CC: 17-000548-CC

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v

DIBDETROIT, LLC,
        Defendant-Appellant,

SC: 161776
COA: 346120
Wayne CC: 17-006977-CC

and

CITY OF DETROIT,
        Defendant.
_____

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v

DIBDETROIT, LLC,
        Defendant-Appellant,
and

CITY OF DETROIT, DEPARTMENT OF
NATURAL RESOURCES, SAMIR
HABIBSHAMKH AL-FATLAWI, MARIA
ANTONIETA PARDO-DE-GARCIA,
MARJORIE ZAIZAR, and RAMIRO ZAIZAR,
        Defendants.
_____

SC: 161777
COA: 346121
Wayne CC: 17-006979-CC

DEPARTMENT OF TRANSPORTATION,
        Plaintiff-Appellee,

v

DIBDETROIT, LLC,
        Defendant-Appellant,
and

DEPARTMENT OF NATURAL RESOURCES,
        Defendant.
_____

SC: 161778
COA: 346122
Wayne CC: 17-006980-CC

On order of the Chief Justice, the motion of defendants-appellants in MSC No. 160760 to enlarge the word count for their reply is GRANTED. The reply submitted on October 8, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2020

Clerk